United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-cr-28-BJD-PDB**

**ADAM TAYLOR**

---

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Change-of-Plea |
| **Date** | August 21, 2026 |
| **Time** | 10:11–12 a.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for U.S.** | Laura Taylor, Assistant U.S. Attorney |
| **Counsel for Defendant** | Katie Sheldon, Assistant Federal Defender |
| **Digital/Reporter** | Digital |

Mr. Taylor was not present. Ms. Sheldon explained that she had just spoken with him and that he was unaware of the hearing. She moved to reschedule the hearing. Ms. Taylor had no opposition.

Judge Barksdale granted the motion and rescheduled the change-of-plea hearing to **August 25, 2026, at 9:00 a.m.**